Carmen J. DiMaria, Esq.
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
*Attorneys for Defendant
Williams Plant Services, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| RYAN MCMANUS, ERIC SMITH, EMILIO LOAISIGA, | Civ. Action No.: 1:20-cv-19300-RMB-AMD |
| Plaintiffs, | *Civil Action* |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WILLIAMS PLANT SERVICES, LLC, KEITH BEAM and JOHN DOES 1-5 and 6-10, | |
| Defendants. | |

---

The matter in controversy having been amicably resolved by the parties; and the parties having executed a Settlement Agreement and Release; it is hereby stipulated that this action shall be dismissed with prejudice, with no attorney's fees or costs due to any party.

| | |
|---|---|
| */s/ Miriam S. Edelstein* | */s/ Carmen J. DiMaria* |
| Miriam S. Edelstein, Esq. | Carmen J. DiMaria, Esq. |
| COSTELLO & MAINS, LLC | OGLETREE, DEAKINS, NASH, |
| 18000 Horizon Way, Suite 800 | SMOAK & STEWART, P.C. |
| Mount Laurel, NJ 08054 | 10 Madison Avenue, Suite 400 |
| *Attorneys for Plaintiffs* | Morristown, NJ 07960 |
| | *Attorneys for Defendant William Plant Services, LLC* |
| Dated: July 12, 2023 | Dated: July 12, 2023 |

So Ordered this 13th day of July, 2023

**KAREN M. WILLIAMS**
United States District Judge